UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

04 · 10033 REK

[illegible], Plaintiff,

v.

[illegible], Defendants.

C.A. NO. ________

04 · 10[illegible]

SCANNED
DATE: 1-7-04
BY: FOM

[illegible]

HABEAS CORPUS AD [illegible]

[illegible]

1. [illegible]

[illegible]

2. [illegible] in proceeding, [illegible] and [illegible] therefore be prejudiced to manage the presentation of my case, inorder to argue the grounds of my complaint concerning the Defendants Failure to provide [illegible] has and continues to interfere in my release From my present incarceration.

Plaintiff requests that the defendants bear the costs of the implementation of the terms of this court

Respectfully Submitted,

[signature]

Mr. Duren [illegible] (Pro Se)
20 Bradston St.
Boston, Mass 02118

Dated: 12-1-03