FILED
IN CLERKS OFFICE

2003 DEC 29 P 12:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

SCANNED
DATE: 1/70/04
BY: TDM

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

Duran Javier Trotter,

Plaintiff,

v.

Andrea Cabravel, et al.,

Defendants.

04 - 10033 REK

DECLARATION IN SUPPORT OF REQUEST

FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Duran Trotter states:

1. I am the plaintiff in the above entitled action. I make this declaration in support of my motion for leave to proceed in Forma Pauperis pursuant to 28 U.S.C.S. 1915.

2. I am incarcerated in the Suffolk House of Correction.

3. Because I am housed in a protective custody unit (and not on Large Inmate population), I am not permitted to work and have no steady income.

4. Before I was placed in the protective custody unit on October 5, 2003, I was employed in the prison Law Library and received a wage of $53.00 A Month for five days a week.

5. The balance in my prison account as of December 11, 2003, was 3 cents.

7. I have no other source of income and do not own any stocks, bank accounts, real estate, stocks, bonds, notes or money or other valuable property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,
Mr. _____ _____ (Pro Se)
Mr. _____ _____ (Pro Se)

Dated: _____, ____