UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RECEIVED
IN CLERKS OFFICE
2004 JAN 20 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.
C.A. NO. 04-10033-REK

DURAN IRVEN, Pro Se
    Plaintiff's
    v.
ANDREA CABRAWL, et al.,
    Defendants

DECLARATION IN SUPPORT OF
REQUEST FOR LEAVE TO
PROCEED IN FORM PAUPERIS

DURAN IRVEN states:

1. I am the plaintiff in the above entitled class action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. I am incarcerated in the Suffolk house of correction.

3. Because I am held on 23 hour lockup, I am not permitted to work and have no steady income.

4. Before I was placed on 23 hour lockdown on November 27, 2003, I was employed in the prison Law library and received a wage of $ 32.00 a week.

5. The balance in my prison account as of January 20, 2004, is $ 23.00.

6. I have received approximately $ 100.00 in gifts from family members over the past six months.

7. I have no other sources of income and do not own any cash, bank accounts, real estate, bonds, notes, automobiles, or other valuable property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

_Mr. Duran Irvin, Pro Se_

Mr. Duran Irvin, Pro Se.
20 Bradston St.,
Boston, Ma. 02118.

Dated: 1-10-04