UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 20 P 3: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

DURAN IRVIN, Pro Se

    Plaintiff,

v.

ANDREA CABRANL, MARIE LOCKHART,
MARY MASTROBELLI,

    Defendants

C.A. NO 04-10033-REK

AFFIDAVIT IN SUPPORT OF

CLASS ACTION

1. Mr. Duran Irvin  0302532 (2)
2. [illegible] Green [illegible]
3. [illegible] Phillip Rose #0302656 (9)
4. Larry [illegible] #0304616 (1)
5. William Mellon 0304683 (1)
6. Dempsey Smith 0301741 (1)
7. [illegible] Harris 0304546
8. [illegible] 030[illegible]
9. [illegible] MALIKY [illegible] 0304[illegible]
10. Joseph Giannini 0300722
11. [illegible]

18. Richard [illegible] 0304722
19. Carl Davis 0304875
20. [illegible] 0[illegible]
21.
22.
23.
24.
25.
26.
27.
28.