To: Ms. Andrea Cabrawl, Sheriff

Mr. Mitt Romney, Governor

Mr. Thomas F. Riley, Attorney General

FILED
IN CLERKS OFFICE

2004 JAN 20 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Constitutional violations

U.S.D.C. Civil dept.

FROM: Mr. Duran Irvin - 0302552   1-3-1 #2

Dated: 1-9-04

---

This letter is being sent to your respective offices pertaining to the above entitled matter, in which this administration needs to immediately implement a Fact Finding Committee, to investigate the continuing ongoing violations which consist of, but not limited to: unjustified punishment, unjustified treatment, assault and battery, and much more claims. In Light of the history of the employees of the Suffolk House of Correction, consisting of assaults on inmates, murder, rape, etc. one can imagine the ongoing deprivations of inmates constitutional rights taking place at the Suffolk House of Correction, in the form of disguise. That has and continues to be overlooked by the administration and staff personnel level, as the complaints

Cont. pg. 2

action, which consist of Correctional officers, against any inmate who attempts to grieve in the form of correspondence. The misconduct surrounding such. The numerous grievances that have been directed to the inmate Grievance Coordinator, have either been denied or gone unanswered due to the inadequate procedures governing the Foundation of The grievance operation and that, have caused our complaints to go unanswered. We the inmates of The protective custody unit, are in fear of retaliation from the entire personnel level from coming forward, by addressing these serious issues, and would like someone from the Federal Bureau of Investigation, to oversee these matters to protect those who are at risk. In conclusion, the inmates of the Suffolk house of correction Protective custody unit, has filed a CLASS ACTION SUIT against the Sheriff, for her failure to properly investigate these matters, in Federal District Court.

I hope this addresses all your concerns.

Sincerely,

Mr. Duwan Ervin, Pro Se

Mr. Duwan Ervin, Pro Se
20 Bradston St.,
Boston, MA