FILED
IN CLERKS OFFICE

2003 DEC 29 P 12:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

SCANNED
DATE: 1/7/04
BY: TM

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

DURAN IRVIN, Pro Se,

    Plaintiff,

v.

ANDREA CABRAWL, Et al.,

    Defendants.

C.A. No. _____

04 - 10033 REK

DECLARATION IN SUPPORT OF REQUEST

FOR LEAVE TO PROCEED IN FORMA PAUPERIS

DURAN IRVIN states:

1. I am the plaintiff in the above-entitled action. I make this declaration in support of my motion for leave to proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915.

2. I am incarcerated in the Suffolk House of Correction.

3. Because I am in protective custody and it is not on large house population, I am not permitted to work and have no weekly income.

4. Before I was placed in the protective custody, until on October 5, 2003, I was employed in the prison Law Library and received a wage of $12.00 a month for five days a week.

5. The balance in my prison account as of December 11, 2003, was 8 cents.

7. I have no other source of income and do not own any cash, bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,
Mr. Duran Ervin (Pro Se),
Mr. Duran T. Ervin (Pro Se),

Dated: 12/1/03