FILED
IN CLERKS OFFICE

2003 DEC 29 P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

04 · 10033 REK

Tuhan Tayin, Pro Se,
Plaintiff,

v.

Andrea Cabral, Mary Mastrorilli, [illegible]
Defendants.

C.A. NO. ______

NOTICE OF LITIGATION

To: Attorney General [illegible] Thomas F. Reilly: please take notice that the undersigned plaintiff [illegible] [illegible] of [illegible] action, [illegible] will be filing with the Court a litigation against the above named defendants.

Very Sincerely Yours,
/s/ Tuhan Tayin, Pro Se
[illegible]
[illegible]
Boston, MA. 02[illegible]

SCANNED
DATE: 1/7/04
BY: FOM