UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIANE TILLEY,
       Plaintiff,

v.

ANDREA CABRAL, et al
       Defendants.

C.A. NO. 04-10033-REK


PLAINTIFF'S MOTION TO VOLUNTARILY

DISMISSAL under rule 4(a)(1)]


Now comes The Plaintiff, Diane Tilley, Pro-Se in the above entitled matter, and Asers This Honorable Court To Allow her To Voluntarily Dismiss The Above Action Against Defendants Andrea Cabral, Mary Roberts, Sr, Joanna Lynes and James Nesbitt.


Wherefore, The Plaintiff request That This Honorable Court grant her Brief motion To dismiss said Action Against Joinder-Defendants.


RESPECTFULLY SUBMITTED,

Ms Diane Tilley (Pro Se),

Ms Diane Tilley Pro Se
25 Brookline St.
Boston, Ma, 02115

CERTIFICATE OF SERVICE

I Hereby Certify That a True Copy of Said Motion Was Forwarded To Defendant's Counsel at 200 Portland St., Jail.

Signed Under The Pains And Penalties of Perjury This 12th Day of April 2004.

Mr. Duran Irving (Pro Se)