```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DURAN IRVIN,                     )
        Plaintiff,               )
                                 )
        v.                       )  C.A. No. 04-10033-REK
                                 )
ANDREA CABRAL, et al.            )
        Defendants.              )
```

## FINAL JUDGMENT

For the reasons stated in the Memorandum and Order dated April 15, 2004, it is ORDERED:

> This civil action is DISMISSED without prejudice and without assessment of the filing fee.

```
                                 ROBERT E. KEETON
                                 UNITED STATES DISTRICT JUDGE
```

Date: April 16, 2004          By /s/ Barbara Morse
                                 Deputy Clerk